IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

CARL BRAD WARD,           ]
                          ]
      Petitioner,         ]
                          ]
vs.                       ]        5:12-cv-3418-KOB-RRA
                          ]
WARDEN CARTER DAVENPORT, et al., ]
                          ]
      Respondents.        ]

### ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously with this Order, the court DISMISSES the petition for a writ of habeas corpus **WITHOUT PREJUDICE**.  Costs are taxed to the petitioner.

DONE and ORDERED this 5th day of November, 2012.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE