IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CARL BRAD WARD, ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | 5:12-cv-3418-KOB-RRA |
| ] | |
| WARDEN CARTER DAVENPORT, et al., ] | |
| ] | |
| Respondents. ] | |

### ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously with this Order, the court DISMISSES the petition for a writ of habeas corpus **WITHOUT PREFUDICE**. Costs are taxed to the petitioner.

DONE and ORDERED this 5th day of November, 2012.

*[signature: Karon O. Bowdre]*

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE